

FILED

MAY 2 0 2020

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| STEVEN D. PACHAL, | CV 20–50–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| SANDRA E. BUGREEFF, | |
| Defendant. | |

Plaintiff Steven D. Pachal moves for the admission of Greg McLawsen to practice before this Court in this case with Christopher J. Flann to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that Pachal's motion to admit Greg McLawsen pro hac vice (Doc. 4) is GRANTED on the condition that Mr. McLawsen does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. McLawsen within fifteen (15) days of this Order, files a separate pleading acknowledging his admission under the terms set forth above.

DATED this 20th day of May, 2020.

_____
Dana L. Christensen, District Judge
United States District Court