IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STEVEN D. PACHAL, | CV 20–50–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| SANDRA E. BUGREEFF, | |
| Defendant. | |

On September 14, 2021, this Court ordered the parties to file a stipulation to dismiss this case or otherwise show cause why this Court should continue to exercise jurisdiction, on or before September 24, 2021. (Doc. 38 at 2.) Neither party complied. Such non-compliance with the Court's orders is a familiar pattern in this case. (Doc. 35 at 1.) This matter is settled (Doc. 29) and the Court will consequently dismiss it and close the case file. Because the parties have repeatedly failed to file a stipulation proposing the terms of dismissal, despite being ordered to do so, they have left a decision regarding the terms of dismissal to the Court. *Hargis v. Foster*, 312 F.3d 404, 407 (9th Cir. 2002).

Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED with prejudice, with each party to bear their own costs and fees.

The Clerk of Court is directed to close the case file.

1

DATED this 27th day of September, 2021.

_____
Dana L. Christensen, District Judge
United States District Court